United States District Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT F STRANGE, JR., § § Plaintiff, § § VS. § DEUTSCHE BANK NATIONAL TRUST § COMPANY, § § Defendant. § § § § | CIVIL ACTION NO. 4:22-CV-01194 |

## ORDER

Plaintiff Robert F. Strange, Jr. has filed an Unopposed Stipulation of Dismissal without Prejudice. ECF No. 4. In accordance with that Stipulation and Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and fees. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this 7th day of June, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE